## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **ROBERT VISHINO,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) Case No. 3:20-cv-01171 |
| **v.** | ) |
| | ) Removal from |
| **INTERNATIONAL ENTERTAINMENT** | ) St. Clair County Circuit Court |
| **CONSULTANTS, INC.** | ) Case No. 20L-0779 |
| | ) |
| **Defendant.** | ) |

### DEFENDANT'S NOTICE OF REMOVAL

Defendant International Entertainment Consultants, Inc. ("IEC" or "Defendant"), hereby removes this case from the Circuit Court of St. Clair County, Illinois, to the United States District Court for the Southern District of Illinois pursuant to 28 U.S.C. §§ 1331, 1441 and 1446, and in support of removal states as follows:

### BASIS FOR REMOVAL AND JURISDICTION

1. Plaintiff filed his Complaint against Defendant on October 7, 2020, in the Circuit Court of St. Clair County, Illinois alleging a violation of Title VII of the Civil Rights Act of 1964, 42 U.S.C. 2000e-5; 42 U.S.C. 1981; and the Illinois Human Rights Act.

2. This lawsuit may be removed to this Court pursuant to 28 U.S.C. § 1331 by virtue of federal question jurisdiction, as it arises under the laws of the United States.

3. Federal district courts have original jurisdiction over claims "arising under the Constitution, treaties, or laws of the United States." 28 U.S.C. § 1331.

4. A claim arises under the laws of the United States for purposes of federal question jurisdiction when a federal question is presented on the face of a plaintiff's properly pleaded complaint. *Caterpillar, Inc. v. Williams*, 482 U.S. 386, 392 (1987).

5. The presence of a single federal claim gives the defendant the right to remove the case to federal court. *See Beneficial Nat'l Bank v. Anderson*, 539 U.S 1, 8 (2003); *Thomas v. Shelton,* 740 F.2d 478, 482-84 (7th Cir. 1984) (superseded by statute on other grounds).

6. Plaintiff's Complaint raises a federal question, in that he alleges Defendant violated his rights under Title VII and under Section 1981 (*see* Exhibit A); accordingly, this Court has original jurisdiction over those claims pursuant to 28 U.S.C. § 1331.

7. This Court also has authority to exercise supplemental jurisdiction over Plaintiff's analogous claims under the Illinois Human Rights Act and common law, premised on the same factual allegations, as in any civil action of which the district courts have original jurisdiction, "the district courts shall have supplemental jurisdiction over all other claims that are so related to claims in the action within such original jurisdiction that they form part of the same case or controversy under Article III of the United States Constitution." 28 U.S.C. § 1367(a).

## TIMELINESS OF REMOVAL

8. Defendant IEC has timely filed this Notice of Removal in accordance with 28 U.S.C. § 1446(b)(1) in that it is filed within thirty (30) days of the date Defendant received a copy of the Complaint.

## VENUE

9. The United States District Court for the Southern District of Illinois encompasses St. Clair County, Illinois, where the state court action is now pending, and so this action is properly removed to the Southern District of Illinois pursuant to 28 U.S.C. § 1441(a).

10. In accordance with 28 U.S.C. § 93(c), the Southern District of Illinois is the proper venue for cases removed from St. Clair County, Illinois.

## CONCLUSION

11. No previous application has been made for the relief requested herein.

12. This Notice of Removal is accompanied by written Notice to Plaintiff, and a written Notice to Clerk of Removal filed with the Clerk of the Circuit Court of St. Clair County, Illinois, on this date, all as required by 28 U.S.C. § 1446(d).

13. In accordance with 28 U.S.C. § 1446(a), true and correct copies of the court filings in this matter, including the Complaint, are attached as Exhibit A.

14. By filing this Notice of Removal, IEC is not waiving any defense, jurisdictional or otherwise, to Plaintiff's claims in this matter.

WHEREFORE, Defendant International Entertainment Consultants, Inc. respectfully requests this action be removed from the Circuit Court of St. Clair County, Illinois, to the United States District Court for the Southern District of Illinois.

Respectfully submitted,

*/s/ Carrie L. Kinsella*
Carrie L. Kinsella, #6283318IL
JACKSON LEWIS P.C.
222 S. Central Avenue, Suite 900
St. Louis, MO  63105
Telephone: (314) 827-3939
Facsimile: (314) 827-3940
carrie.kinsella@jacksonlewis.com

*Attorneys for Defendant*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 4th day of November, 2020, a true and correct copy of the foregoing **Defendant's Notice of Removal** was electronically filed with the Court via CM/ECF and that a true and correct copy was served via U.S. Mail and via electronic mail upon the following:

Bruce D. Bramoweth
4386 Lindell Boulevard
St. Louis, MO 63108
bramowethlawoffice@gmail.com

*Attorney for Plaintiff*

                                                         */s/ Carrie L. Kinsella*

4816-1940-3472, v. 2