# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ROBERT VISHINO )<br>    *Plaintiff,* )<br>vs. )<br>)<br>INTERNATIONAL )<br>ENTERTAINMENT CONSULTANTS, )<br>INC. )<br>    *Defendant.* ) | CASE NO. 20-cv-1171-RJD |

## JUDGMENT IN A CIVIL CASE

**IT IS HEREBY ORDERED AND ADJUDGED** pursuant to the Order entered by the Court on October 12, 2021, that all claims have been settled or otherwise resolved, Defendant is dismissed from this action with prejudice, each party to bear his/its own costs, unless otherwise provided in the settlement documents.

**DATED: October 14, 2021**

**MARGARET M. ROBERTIE**
**CLERK OF COURT**

By: *s/ Jamie Melson*
    Deputy Clerk

**APPROVED:**

*s/ Reona J. Daly*
**HON. REONA J. DALY**
**UNITED STATES MAGISTRATE JUDGE**